UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>        Petitioner,<br><br>   v.<br><br>JOEL MARTINEZ, Warden, et al.,<br><br>        Respondents. | No.  2:16-cv-1618 GGH P<br><br><br><br>ORDER |

   Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Petitioner is incarcerated in Tuolumne County which is in the Fresno Division of this district, and his application attacks a conviction issued by the Los Angeles County Superior Court.

   Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that: this matter is
2 transferred to the United States District Court for the Central District of California.  28 U.S.C. §
3 2241(d); 28 U.S.C. § 1406(a).
4 Dated: July 19, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/patt1618.109